# United States Court of Appeals
## For the First Circuit

---

No. 03-1609

UNITED STATES OF AMERICA,

Appellant,

v.

WILLARD HARTSOCK,

Defendant, Appellee.

---

ERRATA SHEET

The opinion of this Court issued on October 10, 2003 is amended as follows:

On the cover sheet, replace "<u>Senior</u>" with "Chief" in "<u>Senior U.S. District Judge</u>"

On page 12, add "convictions" after the word "predicate" and within the quotation marks, so that the parenthetical reads: convictions that may serve as predicate convictions").

On page 13, change "<u>Dept.</u>" to "<u>Dep't</u>"